23. A license query through the Registry of Motor Vehicles database and a review of the Freetown street listings revealed that Whittaker and Porteous were residing at the Defendant Property as of September 2003.

24. Porteous has been charged in Fall River District Court with two counts of possession with the intent to distribute a class D substance. I filed an Application for Complaint against Whittaker for conspiracy to violate the Controlled Substances Act. The state criminal cases are pending.

Signed under pains and penalties of perjury this 1st day of December, 2003.

*[signature: Michael J. Byrnes]*
Michael J. Byrnes
Detective-Sergeant
Freetown Police Department

*FILED IN CLERK'S OFFICE
2003 DEC -4 A 10:51
U.S. DISTRICT COURT
DISTRICT OF MASS.*

9