```
                                              FILED
                                         IN CLERK'S OFFICE
         UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MASSACHUSETTS 2003 DEC -3  P 12: 04
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Civil Action U.S. DISTRICT COURT |
| ) | DISTRICT OF MASS. |
| v. ) | Record Owner: |
| ) | Kathleen A. Whittaker |
| 9A MASON ROAD, also known as ) | |
| 15 MASON ROAD, EAST FREETOWN, ) | Property: |
| MASSACHUSETTS, ) | 9A Mason Road, also known as |
| Defendant. ) | 15 Mason Road, |
| ) | East Freetown, Massachusetts |
| ) | |
| ) | Deed: |
| **03 12432 RWZ** | Book 1447, Page 36 |

### LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused a Verified Complaint for Forfeiture _In Rem_ to be filed against the real property located at 9A Mason Road (which is also known as 15 Mason Road), East Freetown, Massachusetts, including all buildings, appurtenances, and improvements thereon (the "Defendant Property"). The Complaint alleges that the Defendant Property was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841, 846, and/or 856, and that the Defendant Property is, therefore, subject to seizure and forfeiture to the United States of America, pursuant to 21 U.S.C. § 881(a)(7).

For title to the Defendant Property, see Book 1447, Page 36, of the Bristol County Registry of Deeds, reflecting the conveyance of the Defendant Property by Quitclaim Deed on June 21, 1983.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United State Attorney

By: _____
     KRISTINA E. BARCLAY
     Assistant U.S. Attorney
     Suite 9200
     1 Courthouse Way
     Boston, MA 02210
     (617) 748-3100

Dated: December 3, 2003

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                                Boston

OATH

The undersigned Kristina E. Barclay, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and buildings as described above.

_____
Kristina E. Barclay
Assistant U.S. Attorney

Dated: December 3, 2003


Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, who acknowledged the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn to before me this 5 day of December, 2003.

_____
NOTARY PUBLIC
My Commission expires:

_____

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:


_____
United States District Judge

Dated: _____, 2003

3