UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0312432RWZ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>v.<br><br>9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>        Defendant | NOTICE OF CLAIM BY<br>KATHLEEN A. WHITTAKER |

    Claimant, Kathleen Whittaker makes claim on behalf of herself to the property seized in the above referenced matter, and in support of such claim avers that she is the owner of such property. The "customary documentary evidence" of such interest is evidenced by the Quitclaim Deed, book 1447 page 36, which is attached hereto. Moreover, Claimant states that this claim is not frivolous.

    Wherefore, Claimant demands restitution of the above property and her right to defend this action.

*/s/ Kathleen A. Whittaker*
Kathleen A. Whittaker

    Kathleen A. Whittaker, being duly sworn, deposes and says:

    I, have read the foregoing claim and know the contents thereof, and the same is true and correct to the best of my knowledge, information, and belief; the sources of my knowledge, information and belief is my personal involvement.

*/s/ Kathleen A. Whittaker*
Kathleen A. Whittaker

Subscribed and sworn to before me on March 4, 2004

_____
Notary Public

My Commission Expires:

5/2/08