UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0312432RWZ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>    Defendant | NOTICE OF APPEARANCE FOR<br>KATHLEEN A. WHITTAKER |

  I, Donald A. Brisson, of 5 Dover Street, Suite 101, New Bedford, MA, 02740 do hereby enter my appearance, as counsel of record, for Kathleen A. Whittaker, in the above entitled matter.

               Donald A. Brisson
               5 Dover Street, Suite 101
               New Bedford, MA 02740
               Tel. (508) 999-9694
               Fax. (508) 992-2822
               BBO# 566824
               DATED:  March 5, 2004