UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 03-12432 RWZ

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHSUETTS | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## VERIFIED CLAIM OF INTEREST OR RIGHT IN PROPERTY

Pursuant to 18 U.S.C. § 983 and Rule C(6) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, Beverly A. Gurney ("Gurney") hereby submits a claim of interest or right in the property that is the subject of the within action. Gurney submits that 9A and 15 Mason Road, East Freetown, Massachusetts are two separate and distinct parcels of land. Gurney is the owner of 9A Mason Road and there is no allegation of wrongdoing involving that property or Gurney. Further, Gurney claims an interest in 15 Mason Road and requests that this Court enter such order pursuant to 18 U.S.C. § 983(d)(5) as it deems appropriate in this situation. In support of her claim, Gurney avers as follows:

### INTEREST IN 9A MASON ROAD

1.  The caption in the complaint filed by the United States of America in this matter states that the action is against "9A Mason Road, also known as 15 Mason Road, East Freetown, Massachusetts."

2. 9A Mason Road and 15 Mason Road are post office addresses and do not designate parcels of land or the title thereto.

3. On June 21, 1983, Merton B. Gurney[1] and Beverly A. Gurney deeded a certain parcel to the rear of their land in Freetown, Bristol County Massachusetts to their daughter, Kathleen A. Whittaker (the "Whittaker Property"). This deed is recorded at the Bristol County (N.D.) Registry of Deeds (the "Registry") at Book 1447, Page 36. See Exhibit "A".

4. In connection with the transfer, a plan of land was prepared and recorded at the Registry in Plan Book 72, Page 64. See Exhibit "B".

5. Prior to the transfer of the Whittaker Property, Gurney received mail at 9 and 9A Mason Road, Freetown, Massachusetts.

6. After the transfer of the Whittaker Property, it is Gurney's information and belief that the United States Post Office assigned the Whittaker Property the mailing address of 15 Mason Road. In fact, this address is noted on a mortgage discharge recorded in the chain of title to the Whittaker Property at the Registry in Book 2400, Page 108. See Exhibit "C".

6. The Board of Assessors of the Town of Freetown designates the Whittaker Property as Assessor's Map 227, Lot 109 and Gurney's property as Assessor's Map 227, Lots 107 and 108.

7. Paragraph 2 of the complaint in this matter states that the "defendant property consists of the real property located at 9A Mason Road (which is also known as 15 Mason Road), East Freetown, Massachusetts…" This paragraph goes on to state that the "Defendant Property is currently owned by Kathleen A. Whittaker."

---

[1] Merton B. Gurney has since passed away.

2

8. As described above, 9A Mason Road and 15 Mason Road are two distinct parcels and represent mailing addresses that do not designate land boundaries or title.

9. Kathleen A. Whittaker is not now, nor has she ever been the owner of 9A Mason Road or Gurney's property.

10. Gurney respectfully requests that the Court enter an order requiring the amendment of the complaint in this matter to conform to the facts as averred above and to designate the property subject to this action by Freetown Assessor's Map and Lot number or some other means more capable of distinguishing the property in question.

### INTEREST IN 15 MASON ROAD

11. As indicated above, Gurney transferred the Whittaker property to her daughter by deed dated June 21, 1983 and recorded at the Registry at Book 1447, Page 36. See Exhibit "A".

12. The deed to the Whittaker Property contains a restriction on the transfer of the property by Whittaker. The deed provides:

> "In the event the grantee, her heirs or assigns, shall desire to sell said premises prior to January 1, 2044, to a bona fide purchaser, she agrees for herself, her heirs and assigns, that she will first notify the grantors in writing of the name and address of such prospective purchaser and the terms of the proposed sale, and offer the said premises to said grantors upon the same terms."

See Exhibit "A".

13. The language of the deed provides Gurney with a right and interest in the Whittaker Property pursuant to 18 U.S.C. 983(d).

14. Gurney respectfully requests that this Court enter an order pursuant to 18 U.S.C. § 983(d)(5) that provides for the continuation of Gurney's rights in the Whittaker Property subsequent to any forfeiture and that these rights are not

extinguished through transfer to the United States or any subsequent attempt to sell the Whittaker Property by the United States.

## VERIFICATION

I, Beverly A. Gurney, hereby acknowledge under the pains and penalties of perjury that I have read the foregoing Claim of Right or Interest in this matter and that the facts averred, except where otherwise stated, are true to the best of my knowledge.

*Beverly A. Gurney*
Beverly A. Gurney

Dated: 3/3/2004

Beverly A. Gurney
By her attorneys,

Blair S. Bailey, BBO #636974
PERRY, HICKS, CROTTY and DESHAIES LLP
388 County Street
New Bedford, MA  02740-4909
(508) 996-8291

Dated: March 3, 2004

4

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true copy of the foregoing document by certified mail, return receipt requested and by first class mail, postage pre-paid upon the following:

Kristina E. Barclay
Assistant U.S. Attorney
Suite 9200
1 Courthouse Way
Boston, MA 02210

United States Drug Enforcement Administration
Attn: Asset Forfeiture Group
JFK Federal Building
Room E-400
15 New Sudbury Street
Boston, MA 02203

Kathleen A. Whittaker
15 Mason Road
East Freetown, MA 02717

Scott Porteous
15 Mason Road
East Freetown, MA 02717

Blair S. Bailey, Esq.

Dated: 3/3/04

5