UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 03-12432 RWZ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>9A MASAON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHSUETTS | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of Claimant, Beverly A. Gurney in connection with the above-captioned matter.

                                    Beverly A. Gurney
                                    By her attorneys,

                                    Blair S. Bailey, BBO #636974
                                    PERRY, HICKS, CROTTY and DESHAIES LLP
                                    388 County Street
                                    New Bedford, MA 02740-4909
                                    (508) 996-8291

Dated: March 3, 2004