U.S. Department of Justice  
United States Marshals Service

PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV 03-12432-RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| U.S. v. 9A Mason Road, also known as 15 Mason Road, East Freetown, MA | Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Kathleen A. Whittaker

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)  
15 Mason Road, East Freetown, MA 02717

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney  
United States Attorney's Office  
John Joseph Moakley United States Courthouse  
1 Courthouse Way, Suite 9200  
Boston, MA 02210

Number of process to be served with this Form - 285: 1  
Number of parties to be served in this case: 1  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Verified Complaint, Warrant & Monition and Interrogatories & Request for Production of Documents upon the above named individual by certified mail, return receipt requested.

KEL x3280

Signature of Attorney or other Originator requesting service on behalf of:  
☒ PLAINTIFF  
☐ DEFENDANT  
TELEPHONE NUMBER: (617) 748-3100  
DATE: January 5, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process No.  
District of Origin No. 38  
District to Serve No. 38  
Signature of Authorized USMS Deputy or Clerk  
Date 1/09/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/17/04  
Time: am/pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 2/5 #7002 0510 0004 3543 7227  
2/10 Delivery date

PRIOR EDITIONS MAY BE USED  
1. CLERK OF THE COURT  
FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGEMENT OF RECEIPT