UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 031243RWZ

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>    Plaintiff<br><br>V.<br><br>94 MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>    Defendant | **NOTICE OF CLAIM BY**<br>**SCOTT PORTEOUS** |

    Claimant, Scott Porteous, makes claim on behalf of himself to the property seized in the above referenced matter, and in support of such claim avers he has a possessory interest in part of such property. Enclosed is the Quitclaim Deed, book 1447, page 36, which is attached hereto. Moreover, Claimant states that this claim is not frivolous, as he lives and breeds dogs on part of said property.

    Wherefore, Claimant demands restitution of the above property and his right to defend this action.

_____
Scott Porteous

Scott Porteous, being duly sworn, deposes and says:

    I, have read the foregoing claim and know the contents thereof, and the same is true and correct to the best of my knowledge, information and belief; the sources of my knowledge, information and belief is my personal involvement.

_____
Scott Porteous

Subscribed and sworn to before me on March 8, 2004.

_____
Pauline Fournier

My Commission Expires:  3/26/04