UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 031243RWZ

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>　　　　Plaintiff<br><br>V.<br><br>94 MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>　　　　Defendant | )<br>)<br>)<br>)  **NOTICE OF APPEARANCE FOR**<br>)  **SCOTT PORTEOUS**<br>)<br>)<br>)<br>)<br>)<br>) |

I, Robert M. Xifaras, of 5 Dover Street, Suite 101, New Bedford, MA, 02740 do hereby enter my appearance, as counsel of record, for Scott Porteous, in the above entitled matter.

*[signature]*

Robert M. Xifaras
BBO#551079
Robert M., Xifaras, P.C.
5 Dover Street - Suite 101
New Bedford, MA 02740
(508) 999-9640