UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 031243RWZ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>V.<br><br>94 MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>　　　　Defendant | ANSWER OF CLAIMANT,<br>SCOTT PORTEOUS |

1. Admitted.

2. The Claimant is without sufficient information so as to affirm nor deny this paragraph.

3. Admitted.

4. Denied.

5. Denied.

### FIRST AFFIRMATIVE DEFENSE

The claimant state that the Comprehensive Drug Abuse Prevention Control Act of 1970, U.S.C. §881 is unconstitutionally void on its face.

### SECOND AFFIRMATIVE DEFENSE

In the present case law enforcement officers violated the claimant's Due Process Rights by initiating Civil Forfeiture Proceedings and executing a Civil Forfeiture Warrant without giving the claimant reasonable notice and an opportunity to be heard in violation of the Fifth and

Fourteenth Amendments of the United States Constitution. See Application of Kingsley, 802 F.2d 571 (1st Cir. 1986).

### THIRD AFFIRMATIVE DEFENSE

Pursuant to the provisions of Rule 41E of the Federal Rules of Criminal Procedure, the claimant suggests that there was an unlawful taking of his property in violation of his rights under the Fourth Amendment of the United States Constitution.

### FOURTH AFFIRMATIVE DEFENSE

The warrant and affidavit were issued without probable cause, were executed unreasonably and failed to contain the requisite particularly required by the Fourth Amendment to the United States Constitution.

### FIFTH AFFIRMATIVE DEFENSE

The claimant was not afforded the opportunity of a pre-seizure hearing or even a prompt post-seizure hearing which procedure violated his Fifth and Fourteenth Amendment Rights under the United States Constitution.

### SIXTH AFFIRMATIVE DEFENSE

Title 21 U.S.C. §881 is unconstitutional because the government is attempting to punish the claimant for a crime without a grand jury indictment and without the safeguards of the Due Process Clause of the United States Constitution.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), the claimant demands that each and every issue be tried by a jury.

WHEREFORE, the claimant prays that this court will:

1. Dismiss Plaintiff's complaint and enter a judgment on behalf of the claimant;

2. Deny issuance of Certificate of Probable Cause, pursuant to 28 U.S.C. §2465 and award cost and attorney fees to the claimant;

3. Provide such other relief that the Court deems proper and just.

                                          Respectfully submitted,
                                          Scott Porteous
                                          By his attorney,

Dated: March 24, 2004

                                          Robert M. Xifaras
                                          BBO#551079
                                          Robert M., Xifaras, P.C.
                                          5 Dover Street - Suite 101
                                          New Bedford, MA 02740
                                          (508) 999-9640

## CERTIFICATE OF SERVICE

I, Robert M. Xifaras, counsel for Scott Porteous, hereby certify that I have served a copy of the foregoing Answer of Claimant, by Scott Porteous to Kristina E. Barclay, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210 by service in hand to the AUSA's office on March 25, 2004, and in hand to Donald Brisson, Esq., 5 Dover St., Suite 101, New Bedford, MA 02740 and Blair Bailey, Esq., 388 County St., New Bedford, MA 02740, by first class, postage prepaid mail.

Robert M. Xifaras

# ROBERT M. XIFARAS, P.C.

ATTORNEY AT LAW

5 Dover Street • Suite 101
New Bedford, Massachusetts 02740

Telephone (508) 999-9640
Facsimile (508) 999-9641
e-mail: xifaraslaw@aol.com

March 24, 2004

Jay Johnson
Docket Clerk
United States District Court
for the District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**RE:   United States of America v. 9A Mason Road,
also known as 15 Mason Road, East Freetown, MA
Civil Action No. 0312432RWZ**

Dear Mr. Johnson:

Kindly find enclosed for filing, the Answer of Claimant of Scott Porteous and a Certificate of Service.

If you have any questions, please feel free to call my office. Thank you for your attention to this matter.

Very truly yours,

Robert M. Xifaras

RMX/pf

cc:   A.U.S.A. Kristina E. Barclay
Blair Bailey, Esq.
Donald Brisson