UNITED STATES DISTRICT COURT FOR THE
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 0312432RWZ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> 9A MASON ROAD, also known as ) <br> 15 MASON ROAD, EAST FREETOWN, ) <br> MASSACHUSETTS, ) <br> Defendant ) <br> _____ ) | ANSWER AND AFFIRMATIVE <br> DEFENSES OF <br> KATHLEEN A. WHITTAKER |

Claimant, Kathleen A. Whittaker, by and through her undersigned counsel, files this, her answer, in response to the verified complaint in rem filed in this action and states:

1. Claimant **admits** that this Court has jurisdiction and venue is appropriate.

2. Claimant **admits** the allegations contained in paragraph 2 of the Complaint.

3. Claimant **admits** the allegations contained in paragraph 3 of the Complaint.

4. Claimant **denies** the allegations contained in paragraph 4 of the Complaint.

5. Claimant **denies** the allegations contained in paragraph 5 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

The Claimant is an innocent owner of the res seized and the acts or omissions alleged in the Complaint were committed without her knowledge.

### SECOND AFFIRMATIVE DEFENSE

Title 21 U.S.C. §881 is unconstitutional because the government is attempting to punish the Claimant for a crime without a grand jury indictment and without the safeguards of the Due Process Clause of the United States Constitution.

### THIRD AFFIRMATIVE DEFENSE

The Claimant is an innocent owner of the res seized as that term is defined under 18 U.S.C. 983(d) in that she did not know of the conduct giving rise to the forfeiture.

### FOURTH AFFIRMATIVE DEFENSE

The investigation, conducted by the Freetown, Massachusetts Police, of the res seized violated Claimant's Fourth Amendment rights under the United States Constitution because the search and seizure was not based upon probable cause.

### FIFTH AFFIRMATIVE DEFENSE

The forfeiture statute in this case and the implementing code of federal regulations are void and unenforceable and violated the Due Process Clause of the Fifth Amendment to the United States Constitution, for the following reasons:

(a) The forfeiture statutes provide for the restraint of property without due process because it provides for a seizure without prior notice, hearing or authorizing by a judicial officer,

(b) The forfeiture statutes provide for the forfeiture of property from parties who are completely innocent of any criminal wrongdoing. These sections penalize ownership of the Defendant property regardless of the existence or nonexistence of any criminal intent.

### SIXTH AFFIRMATIVE DEFENSE

Forfeiture of the res seized would violate Claimant's Eighth Amendment rights under the United States Constitution.

### SEVENTH AFFIRMATIVE DEFENSE

Forfeiture of the res seized would violate Claimant's rights under 18 U.S.C. §983(g).

## DEMAND FOR JURY TRIAL

**Pursuant to Fed.R.Civ.P. 38(b), the Claimant demands that each and every issue be tried by a jury.**

WHEREFORE, the Claimant prays that this court will:

1. Dismiss Plaintiff's complaint and enter a judgement on behalf of the Claimant;

2. Deny the issuance of Certificate of Probable Cause, pursuant to 28 U.S.C. §2465 and award cost and attorney's fees to the Claimant;

3. Provide such other relief that the Court deems proper and just.

Donald A. Brisson
5 Dover Street, Suite 101
New Bedford, MA 02740
Tel. (508) 999-9694
Fax. (508) 992-2822
BBO# 566824
DATED: March 25, 2004

## CERTIFICATE OF SERVICE

I, Donald A. Brisson, counsel for Claimant Kathleen A. Whittaker, hereby certify that I have served a true copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF KATHLEEN A. WHITTAKER** to the following people:

1. Kristina E. Barclay, A.U.S.A., 1 Courthouse Way, Suite 9200, Boston, MA 02210 by in hand service to the U.S.A.'s office on March 25, 2004.

2. Robert M. Xifaras, Esq., 5 Dover Street, New Bedford, MA 02740 by in hand service on March 25, 2004.

3. Blair S. Bailey, Esq., 388 County Street, New Bedford, MA 02740 by in hand service on March 25, 2004.

Donald A. Brisson
March 25, 2004

LAW OFFICES OF
DONALD A. BRISSON

P.O. BOX 8186
5 DOVER STREET, SUITE 101
NEW BEDFORD, MA 02740
TEL:    (508) 999-9694
        (877) 298-4795
FAX:    (508)-992-2822
Email:  don@donbrisson.com
Web:    www.donbrisson.com

March 25, 2004

Jay Johnson, Docket Clerk
United States District Court, District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   **United States of America v. 9A Mason Road, also known as 15 Mason Road, East Freetown, MA**
      **Civil Action No. 0312432RWZ**

Dear Mr. Johnson:

Kindly find enclosed for filing, Answer and Affirmative Defenses of Kathleen A. Whittaker and a Certificate of Service.

If you have any questions please feel free to call upon me. Thank you for your attention to this matter.

Sincerely;

Donald A. Brisson

cc:   Kristina E. Barclay, A.U.S.A.
      Robert M. Xifaras, Esq.
      Blair S. Bailey, Esq.