UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 03-12432 RWZ

UNITED STATES OF AMERICA,
    Plaintiff

v.

9A MASAON ROAD, also known as
15 MASON ROAD, EAST FREETOWN,
MASSACHSUETTS

## ANSWER OF CLAIMANT, BEVERLY A. GURNEY

Claimant, Beverly A. Gurney ("Gurney"), hereby responds to the numbered paragraphs of the Complaint in this matter as follows:

1. This paragraph contains a conclusion of law to which no responsive pleading is required.

2. Denied. Gurney specifically denies that the real property in question is located at "9A Mason Road" or that such property is "also known as 15 Mason Road". Gurney further denies that the property known as 9A Mason Road is owned by Kathleen A. Whittaker. Gurney submits that 9A and 15 Mason Road, East Freetown, Massachusetts are two separate and distinct parcels of land. Gurney is the owner of 9A Mason Road and there is no allegation of wrongdoing involving that property or Gurney.

3. Gurney admits that Kathleen A. Whittaker owns property in Freetown, Massachusetts. Whether said property is within the jurisdiction of the Court is a conclusion of law to which no responsive pleading is required.

4. Gurney is without sufficient information to enable her to admit or deny the allegations contained in this paragraph or the affidavits attached to the complaint. Answering further, Gurney specifically denies that property known as 9A Mason Road was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any act in violation of the law.

5. Denied.

WHEREFORE, Gurney respectfully requests that the Court:

1. Enter an order requiring the amendment of the complaint in this matter to conform to the facts regarding ownership and location of property and to designate the property subject to this action by Freetown Assessor's Map and Lot number or some other means more capable of distinguishing the property in question;

2. Enter an order pursuant to 18 U.S.C. § 983(d)(5) that provides for the continuation of Gurney's rights in any property owned by Kathleen Whittaker subsequent to any forfeiture and that these rights are not extinguished through transfer to the United States or any subsequent attempt to sell the Whittaker Property by the United States.

Beverly A. Gurney
By her attorneys,

Blair S. Bailey, BBO #636974
PERRY, HICKS, CROTTY and DESHAIES LLP
388 County Street
New Bedford, MA 02740-4909
(508) 996-8291

Dated: March 23, 2004

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I served a true copy of the foregoing document by first class mail, postage pre-paid upon the following:

Kristina E. Barclay
Assistant U.S. Attorney
Suite 9200
1 Courthouse Way
Boston, MA 02210

Donald A. Brisson, Esq.
5 Dover Street
Suite 101
New Bedford, MA 02740

Robert Xifaras, Esq.
5 Dover Street
Suite 101
New Bedford, MA 02740

                                          Blair S. Bailey, Esq.

Dated: March 23, 2004