UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,        )
            Plaintiff,           )
                                 )
            v.                   )    Civil Action No. 03-12432-RWZ
                                 )
9A MASON ROAD, also known as     )
15 MASON ROAD, EAST FREETOWN,    )
MASSACHUSETTS,                   )
            Defendant.           )
_____)
BEVERLY GURNEY,                  )
KATHLEEN WHITTAKER and           )
SCOTT PORTEOUS,                  )
            Claimants.           )
```

### JOINT STATEMENT OF THE UNITED STATES AND CLAIMANTS BEVERLY GURNEY AND KATHLEEN WHITTAKER PURSUANT TO LOCAL RULE 16.1

Three of the parties, the United States of America, Beverly Gurney and Kathleen Whittaker, by their undersigned counsel, submit this joint statement pursuant to Local Rule 16.1.

1.  The undersigned counsel for the United States, Beverly Gurney and Kathleen Whittaker have conferred pursuant to Local Rule 16.1.  Counsel for the United States attempted to confer with counsel for claimant Scott Porteous pursuant to Local Rule 16.1.

    2.    The United States and claimants Beverly Gurney and Kathleen Whittaker propose the following schedule for discovery events and the filing of pre-trial motions:

        a.    discovery to be completed on or before September 17, 2004;

        b.    dispositive motions to be filed on or before October 22, 2004;

        c.    opposition to dispositive motions to be filed on or before November 22, 2004.

    3.    In the event the case is not settled or resolved by decision on the motions, the United States and claimants Beverly Gurney and Kathleen Whittaker would seek an additional Scheduling Conference with respect to further discovery of information needed to prepare for trial, pursuant to Local Rule 16.1(D)(1)(b), and establishing a trial schedule.

4.   The parties would consider referral of this matter to a magistrate judge for further litigation and trial.

                    Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | BEVERLY GURNEY,<br>by her attorney |
| By: /s/Kristina E. Barclay<br>    Kristina E. Barclay<br>    Assistant U.S. Attorney<br>    1 Courthouse Way, Suite 9200<br>    Boston, MA  02210<br>    617-748-3109 | By: /s/Blair S. Bailey[1]<br>    Blair S. Bailey<br>    388 County Street<br>    New Bedford, MA 02740<br>    508-996-8291 |
| Dated: April 21, 2004 | Dated: April 21, 2004 |

KATHLEEN WHITTAKER,
by her attorney,

By: /s/Donald A. Brisson[2]
    Donald A. Brisson
    P.O. Box 8186
    5 Dover Street, Suite 101
    New Bedford, MA 02740
    508-999-9694

Dated: April 21, 2004

---

[1]   By Kristina E. Barclay, with permission.

[2]   By Kristina E. Barclay, with permission.