UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-12432-RWZ |
| | ) | |
| 9A MASON ROAD, also known as | ) | |
| 15 MASON ROAD, EAST FREETOWN, | ) | |
| MASSACHUSETTS, | ) | |
| Defendant. | ) | |
| _____ | ) | |
| BEVERLY GURNEY, | ) | |
| KATHLEEN WHITTAKER and | ) | |
| SCOTT PORTEOUS, | ) | |
| Claimants. | ) | |

**AMENDED JOINT STATEMENT
PURSUANT TO LOCAL RULE 16.1**

The parties, the United States of America, and Beverly Gurney, Kathleen Whittaker, and Scott Porteous by their undersigned counsel, submit this joint statement pursuant to Local Rule 16.1.

1.    The parties have conferred pursuant to Local Rule 16.1.

2.    The parties propose the following schedule for discovery events and the filing of pre-trial motions:

      a.    discovery to be completed on or before September 17, 2004;

      b.    dispositive motions to be filed on or before October 22, 2004;

      c.    opposition to dispositive motions to be filed on or before November 22, 2004.

3.    In the event the case is not settled or resolved by decision on the motions, the parties would seek an additional Scheduling Conference with respect to further discovery of information needed to prepare for trial, pursuant to Local Rule 16.1 (D)(1)(b), and establishing a trial schedule.

4.    The parties would consider referral of this matter to a magistrate judge for further litigation and trial.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | BEVERLY GURNEY,<br>by her attorney |
| By:  /s/Kristina E. Barclay<br>Kristina E. Barclay<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>617-748-3109 | By:  /s/Blair S. Bailey[1]<br>Blair S. Bailey<br>388 County Street<br>New Bedford, MA 02740<br>508-996-8291 |
| Dated: April 21, 2004 | Dated: April 21, 2004 |
| KATHLEEN WHITTAKER,<br>by her attorney, | SCOTT PORTEOUS,<br>by his attorney, |
| By:  /s/Donald A. Brisson[2]<br>Donald A. Brisson<br>P.O. Box 8186<br>5 Dover Street, Suite 101<br>New Bedford, MA 02740<br>508-999-9694 | By:  /s/Robert M. Xifaras[3]<br>Robert M. Xifaras<br>5 Dover Street, Suite 101<br>New Bedford, MA 02740<br>508-999-9640 |
| Dated: April 21, 2004 | Dated: April 21, 2004 |

---

[1]    By Kristina E. Barclay, with permission.

[2]    By Kristina E. Barclay, with permission.

[3]    By Kristina E. Barclay, with permission.