UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,      )
            Plaintiff,         )
                               )
       v.                      )  Civil Action No. 03-12432RWZ
                               )
9A MASON ROAD, also known as   )
15 MASON ROAD, EAST FREETOWN,  )
MASSACHUSETTS,                 )
            Defendant.         )
_____)
KATHLEEN WHITTAKER,            )
BEVERLY GURNEY, and            )
SCOTT PORTEOUS,                )
            Claimants.         )
```

### GOVERNMENT'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO SCOTT PORTEOUS' NOTICE OF CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), (c), and (h)(2), the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for judgment on the pleadings as to Scott Porteous' Notice of Claim. As set forth in the accompanying Memorandum of Law, Scott Porteous has not met his burden of demonstrating standing to challenge the forfeiture of 9A Mason Road (also known as 15 Mason Road), East Freetown, Massachusetts. Accordingly, the United States is entitled to judgment on Scott Porteous' Notice of Claim.

WHEREFORE, the United States respectfully requests that this Court allow its motion for judgment on the pleadings and dismiss the Notice of Claim of Scott Porteous.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/Kristina E. Barclay
    KRISTINA E. BARCLAY
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100

Dated: April 23, 2004

## LOCAL RULE 7.1(A)(2)

I, Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that on April 13, 2004 and April 22, 2004, I conferred with Robert Xifaras, Esq., counsel for Claimant Scott Porteous, in a good faith attempt to narrow or resolve the issue raised in this motion.

        /s/Kristina E. Barclay
        Kristina E. Barclay
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by first class mail, postage prepaid, upon all counsel of record, on April 23, 2004.

        /s/Kristina E. Barclay
        Kristina E. Barclay
        Assistant U.S. Attorney