UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>            Plaintiff,         )<br>                                    )<br>       v.                          )<br>                                    )<br>9A MASON ROAD, also known as       )<br>15 MASON ROAD, EAST FREETOWN,      )<br>MASSACHUSETTS,                     )<br>            Defendant.             ) | Civil Action No. 03-12432-RWZ |

**ASSENTED-TO MOTION TO AMEND**
**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves pursuant to Fed.R.Civ.P. 15(a) that this Court allow for the filing of the Amended Verified Complaint for Forfeiture in Rem submitted herewith.  In support thereof, the United States sets forth the following:

   1.   On December 4, 2003, the Plaintiff, the United States of America, filed a Verified Complaint for Forfeiture In Rem (the "Complaint") against the real property located at 9A Mason Road (which is also known as 15 Mason Road), East Freetown, Massachusetts, including all buildings, appurtenances, and improvements thereon (the "Defendant Property").  The Defendant Property currently is owned by Kathleen A. Whittaker.

   2.   As set forth in the Claim and Answer of Claimant Beverly Gurney, there is a dispute as to the proper name of the Defendant Property, although there is no dispute as to the

physical description and location of the Defendant Property. By this Motion, the United States seeks leave to amend Paragraph 2 of the Complaint to more completely describe the Defendant Property.

3. Fed.R.Civ.P. 15(a) provides that "a party may amend the party's pleading only by leave of court or by written consent of the adverse party, and leave shall be freely given where justice so requires." (Emphasis added). Even where a party has filed a responsive pleading, Fed.R.Civ.P. 15(a) "requires that motions to amend be liberally granted in the absence of undue prejudice to the opposing party." Federal Deposit Insurance Corp. v. Consolidated Mortgage and Finance Corp., 805 F.2d 14, 16 (1st Cir. 1986).

4. All parties have assented to this Motion and to the proposed amendment, and all parties agree that such amendment is necessary to clarify the identity of the Defendant Property. Therefore, no party will be prejudiced by the Court's granting of the United States' Motion to Amend its Verified Complaint for Forfeiture in Rem.

WHEREFORE, the United States respectfully moves this Court to allow the filing of the Amended Verified Complaint for Forfeiture in Rem.

Respectfully submitted,<br>
MICHAEL J. SULLIVAN<br>
United States Attorney

By: _____
KRISTINA E. BARCLAY
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: May 12, 2004

### LOCAL RULE 7.1(A)(2)

I, Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that I conferred with counsel for all claimants in a good faith attempt to narrow or resolve the issue raised in this motion, and that all parties have assented to this motion.

_____
Kristina E. Barclay
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by first class mail, postage prepaid, upon all counsel of record, on May 12, 2004.

_____
Kristina E. Barclay
Assistant U.S. Attorney



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*     *Kristina E. Barclay*
                                      *United States Courthouse, Suite 9200*
                                      *1 Courthouse Way*
                                      *Boston, Massachusetts  02210*

May 12, 2004

Jay Johnson
Docket Clerk to
The Honorable Rya W. Zobel
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

   Re: United States of America v. 9A Mason Road, also known
       as 15 Mason Road, East Freetown, MA
       Civil Action No. 03-12432-RWZ

Dear Mr. Johnson:

   Enclosed for filing, please find the following in connection with the above-referenced matter:

   1. Assented-To Motion to Amend Verified Complaint for Forfeiture In Rem; and
   2. Amended Verified Complaint for Forfeiture In Rem.

   Thank you for your attention to this matter.

                                      Very truly yours,

                                      Kristina E. Barclay
                                      Assistant U.S. Attorney

Enclosure

c Blair S. Bailey, Esq.
  Donald Brisson, Esq.
  Robert Xifaras, Esq.