```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,      )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 03-12432-RWZ
                               )
9A MASON ROAD, also known as   )
15 MASON ROAD, EAST FREETOWN,  )
MASSACHUSETTS,                 )
          Defendant.           )
```

### AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to 21 U.S.C. § 881(a)(7), alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is appropriate pursuant to 28 U.S.C. § 1395.

2. The defendant property consists of the real property located at 9A Mason Road (which is also known as 15 Mason Road), East Freetown, Massachusetts, including all buildings, appurtenances, and improvements thereon, as described in more detail and recorded in the Bristol County Registry of Deeds at Book 1447, Page 36 (the "Defendant Property"). The Defendant Property consists of 5.20 acres of land located in East Freetown, Massachusetts, identified by the Town of Freetown Assessor's Office as Map 227, Block 109, Lot 0-R and shown on the "Plan of Land in East Freetown, MA drawn for Merton Gerney," made by Brant

S. Haworth Associates Civil Engineers and Land Surveyors, dated August 2, 1982 and attached hereto. The Defendant Property currently is owned by Kathleen A. Whittaker.

3. The *in rem* Defendant Property is now, and, during the pendency of this action, will be within the jurisdiction of this Court.

4. As detailed in the Affidavit of Sergeant-Detective Michael J. Byrnes of the Freetown Police Department, and the Affidavit of United States Drug Enforcement Administration Task Force Agent Celeste T. Cabral, attached to the Verified Complaint for Forfeiture *In Rem* Filed on December 3, 2003 as Exhibits A and B and incorporated herein by reference, the United States has probable cause to believe that the Defendant Property constitutes real property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841, 846, and/or 856.

5. The Defendant Property is, therefore, subject to seizure and forfeiture to the United States of America, pursuant to 21 U.S.C. § 881(a)(7).

WHEREFORE, the United States of America requests:

1. That a warrant and monition, in the form submitted herewith, be issued to the United States Marshal for the District of Massachusetts commanding him to give notice to all interested parties to appear and show cause why the forfeiture should not be

decreed;

    2.   That judgment of forfeiture be decreed against the Defendant Property;

    3.   That thereafter, the Defendant Property be disposed of according to law; and

    4.   For costs and all other relief to which the United States may be entitled.

> Respectfully submitted,
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ Kristina E. Barclay
> KRISTINA E. BARCLAY
> Assistant U.S. Attorney
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3100

Dated: May 12, 2004

## VERIFICATION

I, Celeste T. Cabral, Task Force Agent, United States Drug Enforcement Administration, state that I have read the foregoing Verified Complaint for Forfeiture In Rem and the Affidavits attached as Exhibits A and B, and that the contents thereof are true to the best of my knowledge, information, and belief.

*Celeste T. Cabral*
Celeste T. Cabral
Task Force Agent,
United States Drug Enforcement
Administration

Dated: 5/11/04

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                    Boston

Then personally appeared before me the above-named Celeste T. Cabral, Task Force Agent, United States Drug Enforcement Administration, who acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn to before me this 11th day of May, 2004.

*Lorraine E. Williams*
Notary Public
My commission expires:

**LORRAINE E. WILLIAMS**
**NOTARY PUBLIC**
**COMMISSION EXP 7/28/06**

4