C3cv12432 RWZ

## VERIFICATION

I, Celeste T. Cabral, Task Force Agent, United States Drug Enforcement Administration, state that I have read the foregoing Verified Complaint for Forfeiture In Rem and the Affidavits attached as Exhibits A and B, and that the contents thereof are true to the best of my knowledge, information, and belief.

*[signature]*
Celeste T. Cabral
Task Force Agent,
United States Drug Enforcement
Administration

Dated: 5/11/04

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                            Boston

    Then personally appeared before me the above-named Celeste T. Cabral, Task Force Agent, United States Drug Enforcement Administration, who acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn to before me this 11th day of May, 2004.

*[signature]* Lorraine E. Williams
Notary Public
My commission expires:

**LORRAINE E. WILLIAMS
NOTARY PUBLIC
COMMISSION EXP 7/28/06**

4



U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*Kristina E. Barclay*
*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

May 12, 2004

Jay Johnson
Docket Clerk to
The Honorable Rya W. Zobel
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    Re:  United States of America v. 9A Mason Road, also known as 15 Mason Road, East Freetown, MA
          <u>Civil Action No. 03-12432-RWZ</u>

Dear Mr. Johnson:

    Enclosed for filing, please find the original signature of Task Force Agent Celeste Cabral for the Amended Verified Complaint for Forfeiture <u>In</u> <u>Rem</u> filed earlier today.

    Thank you for your attention to this matter.

                                      Very truly yours,

                                      Kathleen Lang
                                      CSC Law Clerk

Enclosure