UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiffs, <br><br> VS. <br><br> 9A MASON ROAD, also known as <br> 15 MASON ROAD, EAST FREETOWN, <br> MASSACHUSETTS, <br> BEVERLY GURNEY, <br> KATHLEEN WHITTAKER and <br> SCOTT PORTEOUS, <br>     Claimants. | Civil Action No. 03-12432-RWZ. |

### NOTICE OF APPEARANCE

NOW COMES, Barry P. Wilson and files an Appearance on behalf of Defendant Beverly Gurney in this matter.

Respectfully submitted,
FOR THE DEFENDANT,

Barry P. Wilson, Esq.
LAW OFFICES OF BARRY P. WILSON
240 Commercial Street
Suite 5-A
Boston, MA  02109
(617) 248-8979
(617) 523-8700 (Fax)
BBO# 529680

Dated: 6/3/04

I certify that a true copy of this document was served on all counsel of record, by mail, postage prepaid.

Date: 6/3/04