UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 03-12432 RWZ

UNITED STATES OF AMERICA,
    Plaintiff

v.

9A MASON ROAD, also known as
15 MASON ROAD, EAST FREETOWN,
MASSACHSUETTS

## NOTICE OF WITHDRAWAL

Attorney Blair S. Bailey hereby enters his withdrawal in the above-captioned action on behalf of Claimant, Beverly Gurney. Successor counsel, Barry P. Wilson has filed a Notice of Appearance on behalf of Ms. Gurney.

                Blair S. Bailey, Esquire, BBO# 636974
                Daniel C. Perry, Esquire, BBO# 395680
                Perry, Hicks, Crotty and Deshaies, LLP
                388 County Street
                New Bedford, MA 02740-4909
                (508) 996-8291

Dated: June 4, 2004

**PERRY, HICKS, CROTTY AND DESHAIES, LLP**
ATTORNEYS AT LAW
388 COUNTY STREET
NEW BEDFORD, MASSACHUSETTS 02740-4909

DANIEL C. PERRY
THOMAS P. CROTTY
MARC R. DESHAIES

BLAIR S. BAILEY
LAWRENCE D. HUNT
ELLYN H. HURD
AMY S. MELLO*

*ALSO ADMITTED IN R.I.

TELEPHONE
(508) 996-8431

TELECOPIER
(508) 997-2637

LEONARD E. PERRY
(1965-1999)

EDWARD D. HICKS
(1965-2002)

E-MAIL: info@perryhicks.net
www.perryhicks.net

June 4, 2004

Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02210

Re: United States of America
vs. 9A Mason Road, also known as 15 Mason Road, East Freetown, MA
No. 03-12432 RWZ

Dear Sir/Madam:

      Please file the enclosed Notice of Withdrawal in connection with the above matter.

      Thank you for your assistance.

Very truly yours,

Blair S. Bailey

mb
enc.
cc: Kristina E. Barclay, AUSA
    Robert M. Xifaras, Esq.
    Donald A. Brisson, Esq.
    Barry P. Wilson, Esq.