UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES OF AMERICA**</u>
            **Plaintiff**

**CIVIL ACTION**

**V.**

**NO. <u>03-12432-RWZ</u>**

<u>**9A MASON ROAD**</u>
           **Defendant**

## <u>JUDGMENT</u>

<u>**ZOBEL, D. J.**</u>

In accordance with the ENDORSED ORDER entered 6/18/04;

**JUDGMENT OF FORFEITURE** is entered against Scott Porteous.

           By the Court,

<u>6/18/04</u>                        <u>s/ Lisa A. Urso</u>
**Date**                          **Deputy Clerk**