UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,         )
          Plaintiff,              )
                                  )
     v.                           ) Civil Action No. 03-12432RWZ
                                  )
9A MASON ROAD, also known as      )
15 MASON ROAD, EAST FREETOWN,     )
MASSACHUSETTS,                    )
          Defendant.              )
_____)
KATHLEEN WHITTAKER,               )
BEVERLY GURNEY, and               )
SCOTT PORTEOUS,                   )
          Claimants.              )
```

**GOVERNMENT'S MOTION FOR JUDGMENT ON THE
PLEADINGS AS TO BEVERLY GURNEY'S NOTICE OF CLAIM**

Pursuant to Fed. R. Civ. P. 12(b)(6), (c), and (h)(2), the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for judgment on the pleadings as to Beverly Gurney's Notice of Claim. As set forth in the accompanying Memorandum of Law, Beverly Gurney has not met her burden of demonstrating standing to challenge the forfeiture of 9A Mason Road (also known as 15 Mason Road), East Freetown, Massachusetts. Accordingly, the United States is entitled to judgment on Beverly Gurney's Notice of Claim.

WHEREFORE, the United States respectfully requests that this Court allow its motion for judgment on the pleadings and dismiss the Notice of Claim of Beverly Gurney.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

        By: /s/Kristina E. Barclay
            KRISTINA E. BARCLAY
            Assistant U.S. Attorney
            1 Courthouse Way, Suite 9200
            Boston, MA 02210
            (617) 748-3100

Dated: July 8, 2004

## LOCAL RULE 7.1(A)(2)

I, Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that on June 2 and 23, 2004, I conferred with Barry Wilson, Esq., counsel for Claimant Beverly Gurney, in a good faith attempt to narrow or resolve the issue raised in this motion.

        /s/Kristina E. Barclay
        Kristina E. Barclay
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by first class mail, postage prepaid, upon all counsel of record, on July 8, 2004.

        /s/Kristina E. Barclay
        Kristina E. Barclay
        Assistant U.S. Attorney