UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN OFFICE

2004 JUL 27 A 11: 39

U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiffs,<br><br>VS.<br><br>9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>BEVERLY GURNEY,<br>KATHLEEN WHITTAKER and<br>SCOTT PORTEOUS,<br>        Claimants. | Civil Action No. 03-12432-RWZ ASS |

## MOTION TO EXTEND TIME IN WHICH TO FILE REPSONSE TO GOVERNMENT'S MOTION FOR JUDGEMENT ON THE PLEADINGS

    The Defendant, Beverly Gurney, requests that this Court grant her attorney an extension of time in which to file a response to the Government's Motion for Judgement on the Pleadings. The Defendant requests an extension until Friday, July 30, 2004.

    As grounds, the Defendant states that the additional time is needed in order to prepare an adequate response. No party will be prejudiced by the allowance of this motion, and the Assistant United States Attorney has assented to it.

Respectfully submitted,<br>
BEVERLY GURNEY<br>
By her attorney,<br><br>
/s/ Barry P. Wilson<br>
Barry P. Wilson<br>
240 Commercial Street<br>
Boston, MA 02109<br>
(617) 248 -8979

Dated: 7/27/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiffs,<br><br>VS.<br><br>9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>BEVERLY GURNEY,<br>KATHLEEN WHITTAKER and<br>SCOTT PORTEOUS,<br>　　　　　Claimants. | Civil Action No. 03-12432-RWZ. |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, certify that I have on this day served the enclosed documents, postage pre-paid, by first-class mail, to:

Kristina Barclay
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210

Donald Brisson
P.O. Box 8186
5 Dover Street, Suite 101
New Bedford, MA

Blair S. Bailey, Esq.
388 County Street
New Bedford, MA 02740-4909

Robert M. Xifaras, Esq.
5 Dover Street, Suite 101
New Bedford, MA 02740

Dated: 7/26/04

_____
Barry P. Wilson