UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 03-12432-RWZ |
| VS. | ) | |
| | ) | |
| 9A MASON ROAD, also known as | ) | |
| 15 MASON ROAD, EAST FREETOWN, | ) | |
| MASSACHUSETTS, | ) | |
| BEVERLY GURNEY, | ) | |
| KATHLEEN WHITTAKER and | ) | |
| SCOTT PORTEOUS, | ) | |
| Claimants. | ) | |

**MOTION TO RE-EXTEND FILING DATE FOR DEFENDANT'S OPPOSITION
TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

The Defendant, Beverly Gurney, requests through her counsel that the filing date for a response to the Plaintiff's Motion for Judgment on the Pleadings be extended to Friday, August 6, 2004.

As grounds, the Defendant states that the additional time is required to complete a proper response.

Respectfully submitted,
For the Defendant,

Barry P. Wilson
LAW OFFICES OF BARRY WILSON
240 Commercial Street
Boston, MA 02109
(617) 248-8979

Dated: 7/30/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 03-12432-RWZ. |
| VS. | ) | |
| | ) | |
| 9A MASON ROAD, also known as | ) | |
| 15 MASON ROAD, EAST FREETOWN, | ) | |
| MASSACHUSETTS, | ) | |
| BEVERLY GURNEY, | ) | |
| KATHLEEN WHITTAKER and | ) | |
| SCOTT PORTEOUS, | ) | |
| Claimants. | ) | |

## CERTIFICATE OF SERVICE

I, Barry P. Wilson, certify that I have on this day served the enclosed documents, postage pre-paid, by first-class mail, to:

Kristina Barclay
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210

Blair S. Bailey, Esq.
388 County Street
New Bedford, MA 02740-4909

Donald Brisson
P.O. Box 8186
5 Dover Street, Suite 101
New Bedford, MA

Robert M. Xifaras, Esq.
5 Dover Street, Suite 101
New Bedford, MA 02740

Dated: 7/2/./.4

Barry P. Wilson