UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>        Plaintiff,     )<br>                            )<br>    v.                      )  Civil Action No. 03-12432RWZ<br>                           )<br>9A MASON ROAD, also known as )<br>15 MASON ROAD, EAST FREETOWN, )<br>MASSACHUSETTS,          )<br>        Defendant.     )<br>_____)<br>KATHLEEN WHITTAKER, and    )<br>BEVERLY GURNEY,          )<br>        Claimants.     ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A REPLY
BRIEF IN SUPPORT OF ITS MOTION FOR JUDGMENT ON
THE PLEADINGS AS TO BEVERLY GURNEY'S NOTICE OF CLAIM**

Pursuant to Local Rule 7.1(B)(3), the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for leave to file the attached Reply Memorandum of Law in support of its Motion for Judgment on the Pleadings as to Beverly Gurney's Notice of Claim. As grounds for this Motion, the government states:

1.  The Reply is necessary to address a purported basis for Gurney's Claim raised for the first time in her Opposition to Plaintiff's Motion for Judgment on the Pleadings, which was filed on August 6, 2004.

2.  The Court's consideration of this Reply will neither

delay these proceedings nor unfairly prejudice Claimant Beverly Gurney.

WHEREFORE, the United States respectfully requests that this Court allow its Motion for Leave to File the attached Reply.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By: /s/Kristina E. Barclay
                              KRISTINA E. BARCLAY
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3100
```

Dated: August 13, 2004

## LOCAL RULE 7.1(A)(2)

I, Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that I attempted to confer with Barry Wilson, Esq., counsel for Claimant Beverly Gurney, in a good faith attempt to narrow or resolve the issue raised in this motion.

```
                              /s/Kristina E. Barclay
                              Kristina E. Barclay
                              Assistant U.S. Attorney
```

## CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, together with the attached Reply Brief, by first class mail, postage prepaid, upon all counsel of record, on August 13, 2004.

```
                              /s/Kristina E. Barclay
                              Kristina E. Barclay
                              Assistant U.S. Attorney
```