UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,        )
            Plaintiff,           )
                                 )
       v.                        ) Civil Action No. 03-12432RWZ
                                 )
9A MASON ROAD, also known as     )
15 MASON ROAD, EAST FREETOWN,    )
MASSACHUSETTS,                   )
            Defendant.           )
_____)
KATHLEEN WHITTAKER, and          )
BEVERLY GURNEY,                  )
            Claimants.           )
```

**ASSENTED-TO MOTION TO CONTINUE HEARING
ON THE UNITED STATES' MOTION FOR JUDGMENT ON THE
<u>PLEADINGS AS TO BEVERLY GURNEY'S NOTICE OF CLAIM</u>**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to continue the August 24, 2004 hearing on its Motion for Judgment on the Pleadings as to Beverly Gurney's Notice of Claim to September 1, 2004.  As grounds for this Motion, the government states:

   1.   The Court issued a Notice of Hearing on the United States' Motion for Judgment on the Pleadings as to Beverly Gurney's Notice of Claim, setting a motion hearing for August 24, 2004 at 3:00 p.m.

   2.   The undersigned Assistant United States Attorney, who represents the United States in this matter, will be out of the office from August 23 through 27, 2004 at a training.

3.   The undersigned Assistant United States Attorney has contacted counsel for both Claimants regarding this scheduling matter.  Both Donald Brisson, Esq., who represents Claimant Kathleen Whittaker, and Barry Wilson, Esq., who represents Claimant Beverly Gurney, have assented to this Motion.

4.   All counsel are available for a hearing on this matter on September 1, 2004.

WHEREFORE, the United States respectfully requests that this Court continue the August 24, 2004 hearing on its Motion for Judgment on the Pleadings to September 1, 2004.

> Respectfully submitted,
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/Kristina E. Barclay
> KRISTINA E. BARCLAY
> Assistant U.S. Attorney
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3100

Dated: August 16, 2004

### LOCAL RULE 7.1(A)(2)

I, Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that I conferred with Barry Wilson, Esq., counsel for Claimant Beverly Gurney, and Donald Brisson, Esq., counsel for Kathleen Whittaker, in a good faith attempt to narrow or resolve the issue raised in this motion.

> /s/Kristina E. Barclay
> Kristina E. Barclay
> Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I, Kristina E. Barclay, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, by first class mail, postage prepaid, upon all counsel of record, on August 16, 2004.

                                              /s/Kristina E. Barclay
                                              Kristina E. Barclay
                                              Assistant U.S. Attorney