FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 03-12432RWZ<br>) |
| 9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>      Defendant. | )<br>)<br>)<br>)<br>) |
| KATHLEEN WHITTAKER, and<br>BEVERLY GURNEY,<br>      Claimants. | )<br>)<br>) |

## UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(a) and (d), the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for partial summary judgment in the above-captioned matter. As set forth more fully in the accompanying Memorandum of Law, there is no genuine issue of material fact as to the forfeitability of 9A Mason Road, otherwise known as 15 Mason Road, East Freetown, Massachusetts (the "Defendant Property").[1] The United States has met its burden of establishing by a preponderance of the evidence

---

[1] At this time, the United States does not move for summary judgment on Claimant Kathleen Whittaker's innocent owner and Eighth Amendment affirmative defenses. Claimant Beverly Gurney has not asserted any affirmative defenses in this action.

1

that the Defendant Property was used for the manufacture and possession of controlled substances, in violation of 21 U.S.C. §§ 841, 846 and/or 856. Accordingly, the Defendant Property is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7), and the United States is entitled to judgment of forfeitability as a matter of law.

WHEREFORE, the United States respectfully requests that the Court grant partial summary judgment in its favor.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
KRISTINA E. BARCLAY
Assistant U.S. Attorney
United States Courthouse
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210
(617) 748-3100

Dated: November 2, 2004

**LOCAL RULE 7.1(A) CERTIFICATION**

I hereby certify that, prior to filing this Motion, I have in good faith conferred, or have made a good faith effort to confer, with counsel for Claimant Kathleen Whittaker and counsel for Claimant Beverly Gurney, as required by Local Rule 7.1(a).

_/s/ Kristina E. Barclay_
Kristina E. Barclay
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Kristina E. Barclay, hereby certify that I have served the foregoing Motion, the accompanying Memorandum of Law, and the accompanying Statement of Undisputed Material Facts, upon counsel for Claimant Kathleen Whittaker and counsel for Claimant Beverly Gurney by United States First Class Mail, postage prepaid, on November 2, 2004.

_/s/ Kristina E. Barclay_
Kristina E. Barclay
Assistant U.S. Attorney