UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>    Defendant.<br><br>KATHLEEN WHITTAKER, and<br>BEVERLY GURNEY,<br>    Claimants. | )<br>)<br>)<br>)<br>) Civil Action No. 03-12432RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNITED STATES' LOCAL RULE 56.1 STATEMENT OF
UNDISPUTED MATERIAL FACTS IN SUPPORT OF
ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, the United States respectfully submits this Statement of Undisputed Facts in Support of Its Motion for Partial Summary Judgment.

**THE PARTIES AND PROCEEDINGS**

1. The defendant in the above-captioned case is the real property located at 9A Mason Road (which is also known as 15 Mason Road), East Freetown, Massachusetts, including all buildings, appurtenances, and improvements thereon (the "Defendant Property"). See December 3, 2003 Verified Complaint for Forfeiture In Rem (the "Complaint")[1], attached as Exhibit 1.

---

[1] The Complaint was amended on May 12, 2004 to more particularly describe the Defendant Property. "Complaint" as used herein shall mean both the December 4, 2003 Complaint and the May 12, 2004 Amended Verified Complaint for Forfeiture In Rem.

2. The Defendant Property is the subject of an in rem forfeiture action based on information gathered through helicopter fly-overs, and the execution of a search warrant and subsequent arrest of Scott Porteous on September 17, 2003. See Affidavit of Michael J. Byrnes, attached as Exhibit 1-A.

3. The Complaint, filed on December 3, 2003, seeks forfeiture of the Defendant Property pursuant to 21 U.S.C. § 881(a)(7) on the grounds that it constitutes "real property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841, 846, and/or 856." Ex. 1, ¶ 4.

4. On December 31, 2003, this Court found probable cause for forfeiture of the Defendant Property based on the Complaint, and issued the forfeiture Warrant and Monition, directing the United States Marshals Service to publish and serve the notice of forfeiture. See Warrant and Monition, attached as Exhibit 2.

5. On March 5, 2004, Beverly Gurney filed a Verified Claim of Interest or Right in Property. See Verified Claim of Interest or Right in Property, attached as Exhibit 3.

6. On March 25, 2004, Gurney filed an answer. See Answer to Complaint, attached as Exhibit 4.

7. On March 5, 2004, Kathleen Whittaker filed a Notice of Claim. See Notice of Claim, attached as Exhibit 5.

8. On March 25, 2004, Whittaker filed an answer. See

Answer to Complaint with Jury Demand, attached as Exhibit 6.

9. On March 9, 2004, Scott Porteous filed a Notice of Claim to the Defendant Property. <u>See</u> Notice of Claim, attached as Exhibit 7.

10. On March 25, 2004, Porteous filed an answer. <u>See</u> Answer to Complaint with Jury Demand, attached as Exhibit 8.

11. On June 18, 2004, this Court granted the United States' Motion for Judgment on the Pleadings as to Scott Porteous' Notice of Claim and entered Judgment of Forfeiture against Porteous. <u>See</u> Electronic Order, attached as Exhibit 9, and Judgment, attached as Exhibit 10.

## **FACTS**

12. On August 12, 2003, Chief Warrant Officer David Picard of the Massachusetts National Guard ("CWO Picard") flew a helicopter transit mission from Otis Air National Guard Base in Catuamet, Massachusetts ("Otis") to Westover Air Reserve Base in Chicopee, Massachusetts ("Westover"). Transcript of June 17, 2004 Deposition of David Picard, attached as Exhibit 11, 16:21-17:10; 17:17-23.

13. During the August 12, 2003 transit flight from Otis to Westover, CWO Picard spotted what he believed were marijuana plants growing on the ground. Ex. 11, 49:4-14.

14. After spotting the suspected marijuana plants, CWO Picard circled back and flew over the area a second time, and

spotted an individual pulling a cover over the suspected marijuana grow. Ex. 11, 49:4-14.

15. CWO Picard plotted the coordinates of the location where he spotted the plants and determined that they were located in Freetown, Massachusetts. Ex. 11, 25:18-26:6.

16. CWO Picard called the Freetown Police Department to report the marijuana plants. Ex. 11, 25:18-26:6, 29:7-16; Ex. 1-A, ¶ 11.

17. On September 16, 2003, CWO Picard flew a helicopter over the location where he had spotted marijuana plants growing on August 12, 2003. Ex. 11, 25:9-17, 31:18-32:3.

18. Freetown Police Detective-Sergeant Byrnes accompanied CWO Picard on the September 16, 2003 fly-over. Ex. 11, 25:9-17, 31:18-24; Ex. 1-A, ¶ 13.

19. During the September 16, 2003 fly-over, CWO Picard and Detective-Sergeant Byrnes spotted marijuana plants growing in the same location where CWO Picard had spotted marijuana plants growing on August 12, 2003. Ex. 1-A, ¶ 13; Ex. 11, 37:9-17.

20. During the September 16, 2003 fly-over, CWO Picard and Detective-Sergeant Byrnes spotted an individual pulling a cover over the suspected marijuana grow. Ex. 11, 48:4-16; Ex. 1-A, ¶ 13.

21. On September 17, 2003, Freetown Police Detective-Sergeant Michael Byrnes and other law enforcement officers

4

executed a state search warrant at the Defendant Property. See Ex. 1-A, ¶¶ 15, 16.

22. During the execution of the search warrant on September 17, 2003, law enforcement officers seized a number of plants and loose leaves from the Defendant Property. Ex. 1-A, ¶ 17.

23. The seized plants had been growing inside a greenhouse and under a white tarp attached to a fence which was attached to the cement foundation located on the Defendant Property. Ex. 1-A, ¶ 17.

24. During the search on September 17, 2004, Porteous said that he knew why law enforcement officers were at the Defendant Property, and he directed the officers to areas on the Defendant Property where marijuana was seized. Ex. 1-A, ¶ 18.

25. While watching the search, Porteous asked a law enforcement officer "which helicopter were you guys in? I should have picked this stuff three days ago." Ex. 1-A, ¶ 18.

26. The plants seized from the Defendant Property on September 17, 2003 were analyzed and certified to contain marijuana, including its resin. See Ex. 1-A, ¶ 22; Massachusetts State Police Crime Laboratory certification, attached as Exhibit 12.

27. Sixty-two separate marijuana plants were identified. See Ex. 1-A, ¶ 22; Ex. 12.

28. The total weight of the marijuana plants, including

5

stalks and root systems, was fifty-four pounds. See Ex. 1-A, ¶ 22; Ex. 12.

29. The green vegetable matter seized from the Defendant Property and stored in three plastic bags was analyzed and certified to contain marijuana, including its resin. See Ex. 1-A, ¶ 22; Ex. 12.

30. The total weight of the loose marijuana matter was ten pounds. See Ex. 1-A, ¶ 22; Ex. 12.

31. Scott Porteous was charged with two counts of possession with the intent to distribute a Class D substance, marijuana. Ex. 1-A, ¶ 24.

32. On September 17, 2004, Porteous pled guilty to one count of possession with the intent to distribute a Class D substance, marijuana. See certified copy of Criminal Docket Number 0332CR006798, attached as Exhibit 13 and certified copy of Criminal Complaint against Scott Porteous, attached as Exhibit 14.

33. Scott Porteous has lived on the Defendant Property since 1974. Transcript of June 2, 2004 Deposition of Scott Porteous, attached as Exhibit 15, 9:21-10:5.[2]

---

[2] The undersigned Assistant United States Attorney forwarded the transcript of the June 2, 2004 deposition to Porteous' attorney for Porteous' review and signature on June 18, 2004, pursuant to Fed.R.Civ.P. 30(e). Neither Porteous nor his attorney returned the transcript.

34. During his deposition, Porteous refused to answer any questions regarding growing, selling or using marijuana, invoking his Fifth Amendment right not to incriminate himself. Ex. 15, 27-31.

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:   /s/ Kristina E. Barclay
                                    KRISTINA E. BARCLAY
                                    Assistant U.S. Attorney
                                    One Courthouse Way
                                    Suite 9200
                                    Boston, Massachusetts 02210
Dated: November 2, 2004             (617) 748-3100
```