UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>　　　　　Defendant.<br>_____<br>KATHLEEN WHITTAKER, and<br>BEVERLY GURNEY,<br>　　　　　Claimants. | )<br>)<br>)<br>) Civil Action No. 03-12432-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### UNITED STATES' SUPPLEMENTAL MEMORANDUM
### IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

The United States of America, by its attorney, Michael J.

Sullivan, United States Attorney for the District of

Massachusetts, respectfully submits this Supplemental Memorandum

in support of its November 2, 2004 Motion for Partial Summary

Judgment (the "Motion") in the above-captioned matter.  The

United States' Motion remains unopposed, but has not yet been

decided by the Court.

The United States submits this Supplemental Memorandum to

provide the Court with further indisputable evidence of

forfeitability.  This evidence – the transcript of Scott

Porteous' September 17, 2004 guilty plea colloquy in Fall River

District Court, attached at Tab 1 (the "Transcript") – was

received by the United States after it filed the Motion.

1

As set forth in the attached Transcript, Porteous admitted under oath that he grew marijuana at 9A Mason Road, also known as 15 Mason Road, East Freetown, Massachusetts (the "Defendant Property"). Ex. 1, 3:2-4:1, 5:12-19. Porteous also admitted, through his attorney, that as of September 17, 2004 – exactly one year after marijuana was discovered growing on the Defendant Property – he was still living at the Defendant Property. Id., 5:20-25.

Local Rule 56.1 provides:

> Material facts of record set forth in the statement required to be served by the moving party will be deemed for the purposes of the motion to be admitted by opposing parties unless controverted by the statement required to be served by opposing parties.

Because neither Claimant has opposed the Motion (under Local Rule 7.1(B)(2), any opposition to the Motion was to have been filed on or before November 16, 2004), or filed a statement of material facts as to which there exists a genuine issue to be tried, all material facts of record set forth in the United States' Local Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment (the "Statement of Facts") should be deemed for the purposes of the Motion as admitted by the Claimants. L.R. 56.1. As set forth in its Motion and original Memorandum of Law in support thereof, those facts clearly establish, by a preponderance of the evidence, that

the Defendant Property was used, or intended to be used, to facilitate the commission of narcotics violations, and the Defendant Property is therefore forfeitable. The Transcript simply provides additional support for the United States' unopposed Motion.

WHEREFORE, it is respectfully submitted that there are no material facts in dispute and that the United States is entitled to summary judgment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:    /s/Kristina E. Barclay
       KRISTINA E. BARCLAY
       Assistant U.S. Attorney
       United States Courthouse
       One Courthouse Way
       Suite 9200
       Boston, Massachusetts 02210
Dated: December 16, 2004    (617)748-3100

3

## CERTIFICATE OF SERVICE

I, Kristina E. Barclay, hereby certify that I have served the foregoing Supplemental Memorandum upon counsel for Claimant Kathleen Whittaker and counsel for Claimant Beverly Gurney by United States First Class Mail, postage prepaid, on December 16, 2004.

/s/Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney