UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12432-RWZ

UNITED STATES OF AMERICA

v.

9A MASON ROAD, a/k/a 15 MASON ROAD,
EAST FREETOWN, MASSACHUSETTS;
KATHLEEN A. WHITTAKER and BEVERLY GURNEY

PRETRIAL ORDER

March 31, 2005

ZOBEL, D.J.

This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Kristina E. Barclay having appeared as counsel for plaintiff, United States of America; and Donald A. Brisson having appeared as counsel for defendant, Kathleen A. Whittaker, the following action was taken:

1. TRIAL

Trial with a jury will commence on April 18, 2005, at 9 a.m. It is expected to take one to two days.

2. JURY

The court will impanel eight jurors. Each side shall have four peremptory challenges. Any questions to the jury on voir dire shall be filed no later than April 13, 2005.

3. <u>ISSUES</u>

The parties agree that the only issue to be tried is whether the claimant, Kathleen A. Whittaker, knew that Scott Porteous was growing and keeping marijuana on the property.

Claimant has the burden of proving her lack of knowledge.

A further issue, whether the forfeiture is grossly disproportionate to the crime, will be decided by the court. Any additional evidence solely on that issue may be offered after the jury retires to deliberate.

4. <u>WITNESSES</u>

On or before April 11, 2005, each party shall file a list of witnesses who will testify at trial.

5. <u>EXHIBITS</u>

Prior to the commencement of trial on April 18, 2005, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other. All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence. Counsel shall mark these exhibits, prepare a listing thereof, and file four copies by April 11, 2005. Objected-to exhibits shall be marked for identification and listed separately.

6. <u>REQUESTS AND QUESTIONS</u>

On the first day of trial, April 18, 2005, counsel shall file:

    a.    Requests for instructions; and

      b.      Proposed questions to the jury on special verdict.

Any briefs concerning the disproportionality issue shall also be filed on April 18, 2005.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |