UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff )<br>)<br>v. )<br>)<br>9A MASON ROAD, also known as )<br>15 MASON ROAD, EAST FREETOWN )<br>MASSACHUSETTS )<br>      Defendant. )<br>_____ ) | FILED<br>IN CLERK'S OFFICE<br><br>2005 APR 11  P 2: 13<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>CIVIL ACTION NO. 0312432RWZ |

### UNITED STATES' WITNESS LIST

The United States anticipates calling the following witnesses at trial:

Detective Michael J. Byrnes
Freetown Police Department
225 Chace Road
PO Box 518
East Freetown, Massachusetts 02717-0518

Keeper of the Records
Town of Freetown-Board of Selectmen
Freetown Town Hall
PO Box 438
Assonet, Massachusetts 02702

Keeper of the Records
Town of Freetown
Town Clerk's Office
PO Box 438
Assonet, Massachusetts 02702

Edward Dwyer
Freetown Police Department
225 Chace Road
PO Box 518
East Freetown, Massachusetts 02717-0518

Ryan Pereira
Freetown Police Department
225 Chace Road
PO Box 518
East Freetown, Massachusetts 02717-0518

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Kristina E. Barclay/JMD*
KRISTINA E. BARCLAY
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

Date: April 11, 2005

CERTIFICATE OF SERVICE

I hereby certify that, on this day, I will cause a true copy of the above document to be served by first class mail and facsimile upon counsel of record for defendant, addressed as follows:

Donald A. Brisson, Esq.
Law Office of Donald A. Brisson
P.O. Box 8186
5 Dover St., Suite 101
New Bedford MA 02740

Date: April 11, 2005

*Kristina E. Barclay/JMD*
KRISTINA E. BARCLAY