UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff )<br>)<br>v.          )<br>)<br>9A MASON ROAD, also known as )<br>15 MASON ROAD, EAST FREETOWN )<br>MASSACHUSETTS )<br>    Defendant. )<br>_____) | CIVIL ACTION NO. 0312432RWZ |

<u>UNITED STATES' SUPPLEMENTAL WITNESS LIST</u>

In addition to the witnesses identified in the United States' Witness List filed on April 11, 2005, the United States anticipates calling the following witness at trial:

Michael J. Connell
Freetown Police Department
225 Chace Road
PO Box 518
East Freetown, Massachusetts 02717-0518

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              By: /s/ Kristina E. Barclay /JMP
                              KRISTINA E. BARCLAY
                              Assistant U.S. Attorney
                              John Joseph Moakley United States Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3147

Date: April 11, 2005

CERTIFICATE OF SERVICE

    I hereby certify that, on this day, I will cause a true copy of the above document to be served by first class mail and facsimile upon counsel of record for defendant, addressed as follows:

Donald A. Brisson, Esq.

Law Office of Donald A. Brisson
P.O. Box 8186
5 Dover St., Suite 101
New Bedford MA 02740


Date: April 11, 2005

*Kristina E. Barclay /JMD*
KRISTINA E. BARCLAY