

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

---

*Telephone: (617) 748-3100*

*Kristina E. Barclay, Assistant U.S. Attorney*

*John Joseph Moakley United States Courthouse*
*Asset Forfeiture Unit*
*1 Courthouse Way, Suite 9200*
*Boston, Massachusetts  02210*

April 14, 2005

Lisa Urso, Courtroom Clerk for
  the Honorable Rya W. Zobel
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

      Re:   <u>United States v. 9A Mason Road, a/k/a 15 Mason Road,</u>
             <u>East Freetown, Massachusetts</u>
             <u>Civil Action No. 03-12432-RWZ</u>

Dear Ms. Urso:

     I am writing to report that the parties have reached a settlement of this action, which currently is scheduled for trial on April 19, 2005.  The parties anticipate filing a Joint Motion for Final Order of Forfeiture, Settlement Agreement and a proposed Final Order of Forfeiture no later than April 22, 2005.  Please contact me at (617) 748-3371 if you have any questions.

     Thank you for your attention in this regard.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                              United States Attorney

                     By:   */s/ Kristina E. Barclay/jmd*
                              Kristina E. Barclay
                              Assistant U.S. Attorney
                              (617) 748-3100

cc:   Donald A. Brisson, Esq.

KEB:jmd