UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            Plaintiff,     )<br>                              )<br>     v.                       )  Civil Action No. 03-12432-RWZ<br>                              )<br>9A MASON ROAD, also known as )<br>15 MASON ROAD,               )<br>EAST FREETOWN, MASSACHUSETTS, )<br>            Defendant.       )<br>                              ) | |

### JOINT MOTION FOR
### FINAL JUDGMENT AND ORDER OF FORFEITURE

The parties in the above civil action, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Claimant Kathleen A. Whittaker, by and through her attorney, Donald A. Brisson, Esq.[1], jointly move that this Court issue a Final Judgment and Order of Forfeiture, forfeiting $126,000 in United States Currency, in lieu of the real property located at 9A Mason Road, also known as 15 Mason Road, East Freetown, Massachusetts, having a deed recorded at Book 1447, Page 36 of the Bristol County Registry of Deeds, including all buildings, appurtenances,

---

[1] Beverly Gurney and Scott Porteous also filed claims in this forfeiture action. On June 18, 2004, this Court granted the United States' Motion for Judgment on the Pleadings as to Scott Porteous' Notice of Claim and entered Judgment of Forfeiture against Scott Porteous. On March 2, 2005, this Court granted the United States' Motion for Partial Summary Judgment finding that the property is forfeitable to the United States. Beverly Gurney asserted no affirmative defenses in this Action. Therefore, the only current parties to this action are the United States and Kathleen A. Whittaker.

and improvements thereon, pursuant to 21 U.S.C. § 881(a)(7), in the form submitted herewith.

In support of this Motion, the parties state that they have settled this action and have executed the attached Settlement Agreement.

Respectfully submitted,

|  |  |
|---|---|
| KATHLEEN A. WHITTAKER,<br>By her attorney,<br><br>By: _____<br>Donald A. Brisson, Esq.<br>5 Dover Street<br>Suite 101<br>New Bedford, MA 02740<br>(508) 999-9694<br><br>Date: 4/17/05 | MICHAEL J. SULLIVAN,<br>United States Attorney,<br><br>By: _____<br>Kristina E. Barclay<br>Assistant U.S. Attorney<br>John Joseph Moakley Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3100<br><br>Date: 4/21/05 |

Kathleen A. Whittaker

_____

Date:

2