UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> 9A MASON ROAD, also known as <br> 15 MASON ROAD, <br> EAST FREETOWN, MASSACHUSETTS, <br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 03-12432-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court having allowed the parties' Joint Motion for Final Judgment and Order of Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment by agreement of the parties is hereby entered for the forfeiture by Claimant Kathleen A. Whittaker of $126,000.00 in United States Currency, in lieu of the real property located at 9A Mason Road, also known as 15 Mason Road, East Freetown, Massachusetts, ("15 Mason Road") pursuant to 21 U.S.C. § 881(a)(7);

2. That any claim of interest of any other parties claiming any right, title, or interest in or to 15 Mason Road, is hereby held in default and dismissed;

3. No later than May 12, 2005, Claimant Kathleen A. Whittaker shall deliver to the United States a Treasurer's Check in the amount of $126,000, made payable to the United States Marshals Service ("USMS"), and the USMS shall seize and maintain

custody and control of such Treasurer's Check, in accordance with United States Department of Justice policies regarding the disposition of forfeited property, in accordance with the Settlement Agreement entered into between the United States of America and Claimant Kathleen A. Whittaker, pursuant to 21 U.S.C. § 881(a)(7); and

    4. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

_/s/ Rya W. Zobel_
RYA W. ZOBEL
United States District Judge

Date: _May 9, 2005_, 2005