UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>     v.<br><br>9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>          Defendant.<br><br>_____<br><br>KATHLEEN A. WHITTAKER,<br>          Claimant. | )<br>)<br>)<br>)<br>) Civil Action No.  03-12432-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### UNITED STATES' MOTION FOR RELEASE OF LIS PENDENS

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the United States to release the <u>Lis Pendens</u> recorded at the Bristol County Registry of Deeds against the real property, with all buildings, appurtenances, and improvements thereon, located at 9A Mason Road, also known as 15 Mason Road, East Freetown, Massachusetts (the "Defendant Property").

As grounds for this motion, the United States submits that the claimant, Kathleen Whittaker (the "Claimant"), entered into an Agreement to Sell Defendant Property with the United States whereby $126,000.00 will be forfeited to the United States in lieu of the Defendant Property.

WHEREFORE, the United States requests that the Court authorize the <u>Lis Pendens</u> to be released. A proposed Release of <u>Lis Pendens</u> is submitted herewith for consideration by the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Kristina E. Barclay
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: May 31, 2005

CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Release of <u>Lis Pendens</u>, as well as the proposed Release of <u>Lis Pendens</u>, was served upon Donald A. Brisson, Esquire, 5 Dover Street, Suite 101, New Bedford, MA 02740-8186, as counsel for Claimant Kathleen Whittaker, by first class mail, postage prepaid.

_____
Kristina E. Barclay
Assistant U.S. Attorney

Dated: May 31, 2005