UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>       v.<br><br>9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>            Defendant.<br><br>_____<br><br>KATHLEEN A. WHITTAKER,<br>            Claimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  03-12432-RWZ<br><br><u>Property</u>:<br>9A Mason Road, also known as<br>15 Mason Road<br>East Freetown, Massachusetts<br><br><u>Record Owner</u>:<br>Kathleen A. Whittaker<br><br>Bristol County<br><u>Registry of Deeds</u><br>Book: 1447  Page: 36 |

### RELEASE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the <u>Lis Pendens</u> against the real property, with all buildings, appurtenances, and improvements thereon, located at 9A Mason Road, also known as 15 Mason Road, East Freetown, Massachusetts (the "Defendant Property"). For title to the Defendant Property, <u>see</u> Book 1447, Page 36, of the Bristol County Registry of Deeds.

This Release is made by agreement of the parties.

The <u>Lis Pendens</u> was recorded on December 30, 2003, at the Bristol County Registry of Deeds, a copy of which is attached.

Signed under the pains and penalties of perjury this 31st day of May, 2005.

                         MICHAEL J. SULLIVAN
                         United States Attorney

By: _____
    Kristina E. Barclay
    Assistant U.S. Attorney
    1 Courthouse Way
    Suite 9200
    Boston, MA  02210
    (617) 748-3100

                COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                     Boston

Then personally appeared the above named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 31st day of May, 2005.

                        Lisa J. Talbot
                        Notary Public
                        My commission expires: 5/29/09

LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009

SO ORDERED AND ENDORSED:

_____
RYA W. ZOBEL
United States District Judge

Dated: _____

2

FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS   2003 DEC -3  P 12:04

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>        Defendant. | Civil Action No.<br><br>Record Owner:<br>Kathleen A. Whittaker<br><br>Property:<br>9A Mason Road, also known as<br>15 Mason Road,<br>East Freetown, Massachusetts<br><br>Deed:<br>Book 1447, Page 36 |

**03 12432 RWZ**

## LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused a Verified Complaint for Forfeiture In Rem to be filed against the real property located at 9A Mason Road (which is also known as 15 Mason Road), East Freetown, Massachusetts, including all buildings, appurtenances, and improvements thereon (the "Defendant Property"). The Complaint alleges that the Defendant Property was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841, 846, and/or 856, and that the Defendant Property is, therefore, subject to seizure and forfeiture to the United States of America, pursuant to 21 U.S.C. § 881(a)(7).

For title to the Defendant Property, see Book 1447, Page 36, of the Bristol County Registry of Deeds, reflecting the conveyance of the Defendant Property by Quitclaim Deed on June 21, 1983.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United State Attorney

By: _____
     KRISTINA E. BARCLAY
     Assistant U.S. Attorney
     Suite 9200
     1 Courthouse Way
     Boston, MA 02210
     (617) 748-3100

Dated: December 3, 2003

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                    Boston

OATH

The undersigned Kristina E. Barclay, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and buildings as described above.

Kristina E. Barclay
Assistant U.S. Attorney

Dated: December 3, 2003

Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, who acknowledged the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn to before me this 3 day of December, 2003.

NOTARY PUBLIC Erin R. Donovan
My Commission expires:

2-12-2004

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

United States District Judge
Dated: December 16, 2003

3

HEREBY ATTEST AND CERTIFY ON 12/19/03 THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 03-12432-RWZ |
| | ) | |
| v. | ) | Record Owner: |
| | ) | Kathleen A. Whittaker |
| 9A MASON ROAD, also known as | ) | |
| 15 MASON ROAD, EAST FREETOWN, | ) | Property: |
| MASSACHUSETTS, | ) | 9A Mason Road |
| Defendant. | ) | East Freetown, Massachusetts |
| | ) | |
| | ) | Bristol County |
| | ) | Registry of Deeds: |
| | ) | Book: 1447  Page: 36 |

**AFFIDAVIT OF SERVICE**

I, James O'Hara, Special Agent, United States Drug Enforcement Administration, being duly sworn, depose and say:

1. The attached <u>Lis Pendens</u> was issued in the above-captioned case and relates to real property which is subject to forfeiture pursuant to Title 21, United States Code, Section 881.

2. I have served the aforementioned <u>Lis Pendens</u> by certified mail addressed to:

Kathleen A. Whittaker
15 Mason Road
East Freetown, MA 02717

Beverly Gurney
9 Mason Road
East Freetown, MA 02717

Merton Gurney
9 Mason Road
East Freetown, MA 02717

Scott Porteous
15 Mason Road
East Freetown, MA 02717

Freetown Assessor
3 North Main Street
Post Office Box 438
Assonet, MA 02702

3. The Lis Pendens will also be served upon counsel for any claimant after counsel files his/her appearance.

Signed under the pains and penalties of perjury this 30 day of December 2003.

_____
James O'Hara
Special Agent
U.S. Drug Enforcement Administration

Commonwealth of Massachusetts
Rristol, SS.

Then personally appeared, the above named James O'Hara, Special Agent, United States Drug Enforcement Administration, and acknowledge the foregoing to be true to the best of his knowledge, information, and belief, and to be his free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 30th day of Dec., 2003.

_____
Notary Public
Carol A. Helliwell

My Commission Expires:

7/12/07

2