UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>9A MASON ROAD, also known as<br>15 MASON ROAD, EAST FREETOWN,<br>MASSACHUSETTS,<br>    Defendant.<br><br>_____<br><br>KATHLEEN A. WHITTAKER,<br>    Claimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  03-12432-RWZ<br><br>Property:<br>9A Mason Road, also known as<br>15 Mason Road<br>East Freetown, Massachusetts<br><br>Record Owner:<br>Kathleen A. Whittaker<br><br>Bristol County<br>Registry of Deeds<br>Book: 1447   Page: 36 |

**RELEASE OF LIS PENDENS**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the Lis Pendens against the real property, with all buildings, appurtenances, and improvements thereon, located at 9A Mason Road, also known as 15 Mason Road, East Freetown, Massachusetts (the "Defendant Property"). For title to the Defendant Property, see Book 1447, Page 36, of the Bristol County Registry of Deeds.

This Release is made by agreement of the parties.

The Lis Pendens was recorded on December 30, 2003, at the Bristol County Registry of Deeds, a copy of which is attached.

Signed under the pains and penalties of perjury this 31st day of May, 2005.

>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/ Kristina E. Barclay
>Kristina E. Barclay
>Assistant U.S. Attorney
>1 Courthouse Way
>Suite 9200
>Boston, MA 02210
>(617) 748-3100

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                    Boston

Then personally appeared the above named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 31st day of May, 2005.

/s/ Lisa J. Talbot
Notary Public
My commission expires: 5/29/09

[Stamp: LISA J. TALBOT, Notary Public, Commonwealth of Massachusetts, My Commission Expires May 29, 2009]

SO ORDERED AND ENDORSED:

/s/ Rya W. Zobel
RYA W. ZOBEL
United States District Judge

Dated: 6/22/05